UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant - Appellee. | No. 23-15199 <br><br> D.C. No. 2:22-cv-01395-DAD-JDP California, Sacramento <br><br> ORDER |

Before: LEE, SMITH, and VANDYKE Circuit Judges.

Appellee's Motion to extend time to file Appellee's rehearing petition (Dkt. No. 29) is GRANTED in part. Fed. R. App. P. 26(b). The petition for rehearing shall be filed by November 13, 2023.