UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 23-15199

**Case Name** | Safari Club Int'l, et al. v. Rob Bonta

**Requesting Party Name(s)** | Appellants Safari Club Int'l, et al.

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

- ☐ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☒ Response to court order dated | Dec 5, 2023
- ☐ Other (*you **must** describe the document*)

The requested new due date is: | Jan 25, 2024

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

The current briefing schedule requires Appellants to respond to the Petition for Rehearing on or before December 26, 2023, which conflicts with Appellants' and counsel's plans surrounding the Christmas holiday. In view of this conflict, and given the importance of the constitutional issues in this case, Appellants seek an extension of time in order to fully respond to the Petition. The parties met and conferred and Appellee does not oppose the requested extension.

**Signature** | s/ Cameron J. Schlagel    **Date** | Dec 13, 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 14** | 1 | New 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 23-15199

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

MOTION FOR EXTENSION OF TIME

**Signature** | /s/ Cameron J. Schlagel | **Date** | Dec 13, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 15                                                                                       Rev. 12/01/2018