UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant - Appellee. | No. 23-15199 <br><br> D.C. No. 2:22-cv-01395-DAD-JDP California, Sacramento <br><br> ORDER |

Before: LEE, SMITH, and VANDYKE Circuit Judges.

Appellants' motion to extend time to file a response (Dkt. No. 35) is GRANTED. Fed. R. App. P. 26(b). The response to the petition for rehearing en banc shall be filed by January 25, 2024.