| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | FEB 20 2024 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; et al.,

    Plaintiffs-Appellants,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

    Defendant-Appellee.

No. 23-15199

D.C. No. 2:22-cv-01395-DAD-JDP
California, Sacramento

ORDER

Before: LEE, SMITH, and VANDYKE Circuit Judges

    Judges Lee and VanDyke voted to deny the petition for rehearing en banc. Judge Smith recommended denying the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc is DENIED.